# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# HON. ROY K. ALTMAN

# ORDER SCHEDULING STATUS CONFERENCES

The cases listed below are **SET** for a status conference on **January 16, 2025, at 2:00 p.m.** **Absent good cause, counsel[1] for Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128.[2] **Counsel for Broward Division cases may appear *either* in person *or* by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[3] Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is directed to file this Order in **each** of the below cases.
2. The parties (unless *pro se*) are **not** personally required to appear.
3. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.
4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**
5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

---

[1] When we say "counsel" in this Order, we also mean *pro se* litigants. Each mention of "counsel" in this Order, therefore, applies with equal force to *pro se* litigants.

[2] What matters for purposes of this Order is where the case was *filed*, not where counsel lives (or works).

[3] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

6.  The cases will be called according to the following schedule:

    a.  21-cv-60351 – *Tri-County Mobile Wash, Inc. v. B&C Wash Corp.*

    b.  23-cv-22747– *Tundidor et al v. Hernandez et al*

    c.  24-cv-20228 – *Rondon v. Carnival Corp.*

    d.  24-cv-20408 – *Johnson v. Carnival Corp.*

    e.  24-cv-21183 – *Jacofsky v. Goldman Sachs Bank USA*

    f.  24-cv-21580 – *Chavez v. Carnival Corp.*

    g.  24-cv-22067 – *Terry v. Carnival Corp.*

    h.  24-cv-22551 – *Lambert v. Royal Caribbean Cruises Ltd.*

    i.  24-cv-22781 – *Santiago v. Carnival Corp.*

    j.  24-cv-22818 – *Caimi v. Carnival Corp.*

    k.  24-cv-22847 – *Vizcarra v. KeepEm Rolling Transp., LLC*

    l.  24-cv-23019 – *VSE Aviation, Inc. v. Almaguer*

    m.  24-cv-23863 – *Brandon v. University of Miami*

**DONE AND ORDERED** in the Southern District of Florida on January 8, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record