UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22747-ALTMAN/Reid

**JAMES TUNDIDOR, SR., DULCE E. TUNDIDOR, JAMES TUNDIDOR, JR.,** and **PORKY'S CABARET, INC. d/b/a BELLAS CABARET**,

    *Plaintiff*,

*v.*

**CARLOS HERNANDEZ** and **CITY OF HIALEAH**,

    *Defendant.*
_____/

## ORDER SCHEDULING MEDIATION

The parties have filed a Joint Notice of Mediator Selection [ECF No. 29]. Mediation in this case shall be held before the Hon. John Thornton (retired) on **April 25, 2024**, at **10:00 AM** at JAMS ADR, 600 Brickell Ave., Suite 2600, Miami, Florida 33131.

Within **three days** of the mediation, the parties shall file a joint mediation report. The report shall indicate whether the case has settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on October 30, 2023.

_____
    **ROY K. ALTMAN**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record