UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-22747-RKA/Reid

JAMES TUNDIDOR, SR.,
DULCE E. TUNDIDOR,
JAMES TUNDIDOR, JR.
and PORKY'S CABARET,
INC. d/b/a BELLAS CABARET,

    Plaintiffs,

vs.

CARLOS HERNANDEZ and
CITY OF HIALEAH,

    Defendants.
_____/

**STIPULATION FOR SUBSTITUTION OF
<u>COUNSEL FOR PLAINTIFFS</u>**

Plaintiffs, James Tundidor, Sr., Dulce E. Tundidor, James Tundidor, Jr., and Porky's Cabaret, Inc. d/b/a Bellas Cabaret ("Plaintiffs") hereby move to substitute their counsel of record, substituting Lissette M. Carreras, Esq. (FBN 18079), Alejandra M. Iglesia, Esq. (FBN 1010519), and the law firm of M2 Law Group PLLC as counsel of record for the Plaintiffs in this action, and relieving Brett M. Amron, Esq. (FBN 148342), Peter J. Klock, Esq. (FBN 103915), and the law firm of Bast Amron LLP, of any further responsibility herein, subject to the Court's approval of the retention of M2 Law Group PLLC as counsel.

Dated this 16th day of April, 2025.

00868057.DOCX

| | |
|---|---|
| **M2 LAW GROUP PLLC** | **BAST AMRON LLP** |
| 2655 S. Le Jeune Road, PH 2C | One Southeast Third Avenue, Suite 2410 |
| Coral Gables, FL 33134 | Miami, Florida 33131 |
| Telephone: (305) 488-2197 | Telephone: (305) 379-7904 |
| Email: lmc@m2lg.com | Email: bamron@bastamron.com |
| Email: ami@m2lg.com | Email: pklock@bastamron.com |
| Email: ama@m2lg.com | |
| By: */s/ Lissette M. Carreras, Esq.* | By: */s/ Brett M. Amron, Esq.* |
| Lissette M. Carreras, Esq. (FBN 18079) | Brett M. Amron, Esq. (FBN 148342) |
| Alejandra M. Iglesia, Esq. (FBN 1010519) | Peter J. Klock, Esq. (FBN 103915) |